IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Clarksburg

**STATE OF OHIO,**
**STATE OF COLORADO,**
**STATE OF ILLINOIS,**
**STATE OF NEW YORK,**
**STATE OF NORTH CAROLINA,**
**STATE OF TENNESSEE,** and
**STATE OF WEST VIRGINIA,**

        Plaintiffs,

v.　　　　　　　　　　　　　　　　**CIVIL ACTION NO. 1:23-CV-100**
　　　　　　　　　　　　　　　　　Judge Bailey

**NATIONAL COLLEGIATE ATHLETIC**
**ASSOCIATION,**

        Defendant.

## ORDER SETTING HEARING

A hearing upon Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction [Doc. 2] will be heard in the North Courtroom, Second Floor, of the Frederick P. Stamp, Jr. Federal Building and Courthouse in Wheeling, West Virginia, before the undersigned, on **Wednesday, December 13, 2023, at 10:00 a.m.**  Plaintiffs are **ORDERED** to provide actual notice of the hearing to defendant.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

1

**DATED**: December 11, 2023.

_____
JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE