IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**STATE OF OHIO,**
**STATE OF COLORADO,**
**STATE OF ILLINOIS,**
**STATE OF NEW YORK,**
**STATE OF NORTH CAROLINA,**
**STATE OF TENNESSEE,** and
**STATE OF WEST VIRGINIA,**

        Plaintiffs,

v.        **CIVIL ACTION NO. 1:23-CV-100**
        Judge Bailey

**NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,**

        Defendant.

## FIRST ORDER AND NOTICE REGARDING DISCOVERY AND SCHEDULING CONFERENCE

Pursuant to Fed. R. Civ. P. 16(b) and 26(f) and Local Rule of Civil Procedure ("L.R. Civ. P.") 16.01 and 26.01, it is hereby **ORDERED** that:

1. **Initial Planning Meeting**
   **On or before: January 15, 2024**

2. **Meeting Report**
   **On or before: January 29, 2024**

3. **Initial Disclosures**
   **On or before: February 12, 2024**

4. **Scheduling Conference:**
   **If necessary**

(1) **Initial Planning Meeting**: Pursuant to Fed. R. Civ. P. 16 and 26(f) and L.R. Civ. P. 16.01(b), parties to this action shall meet in person or by telephone on or before

1

**January 15, 2024**.  At this meeting, the parties shall discuss all matters required by Fed. R. Civ. P. 16 and 26(f) and L.R. Civ. P. 16.01(b).

(2) **Meeting Report and Proposed Discovery Plan**: Pursuant to Fed. R. Civ. P. 26(f) and L.R. Civ. P. 16.01(c), the parties shall submit to this Court a **written report** on the results of the initial discovery meeting **and a completed Scheduling Order Checklist** (see attached) on or before **January 29, 2024**.  The written report shall include the parties' report on those matters set forth in L.R. Civ. P. 16.01(b)(1-5) and 16.01(c) and the parties' discovery plan as required by Fed. R. Civ. P. 26(f).  The parties' report on their meeting shall be considered by this Court as advisory only.  Parties and counsel are subject to sanctions as set forth in Fed. R. Civ. P. 16(f) and L.R. Civ. P. 37.01 for failure to participate in good faith in the development and submission of a meeting report and proposed discovery plan.

(3) **Initial Discovery Disclosures**: Pursuant to Fed. R. Civ. P. 26(a)(1) and L.R. Civ. P. 26.01(a), each party shall provide to every other party the initial discovery disclosures required under Fed. R. Civ. P. 26(a)(1) on or before **February 12, 2024**.

(4) **Telephonic Scheduling Conference**: Upon receipt of the meeting report and proposed discovery plan, this Court may conduct a scheduling conference at a date and time deemed appropriate.  See Fed. R. Civ. P. 16(b) and L.R. Civ. P. 16.01(d).  However, if this Court determines, after a review of the meeting report and proposed discovery plan, that a scheduling conference is not necessary, no conference will be scheduled and a scheduling order will be entered.  See Fed. R. Civ. P. 16(b) and L.R. Civ. P. 16.01(d).

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein, along with copies of this Court's Scheduling Order Checklist.

**DATED**: December 18, 2023.

*[signature]*
**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

_____
Plaintiff(s),

v.

                                        Civil Action No. _____

_____
Defendant(s).

## **SCHEDULING ORDER CHECKLIST**

ATTORNEYS

1. INTERMEDIATE PRETRIAL CONFERENCE

                                                                      _____

2. MEDIATION            Before -      _____

3. JOINDER AND AMENDMENTS       _____

4. EXPERT DISCLOSURE

                a. With Burden       _____

                b. Without Burden       _____

5. EXAMINATION/INSPECTIONS

                                                              _____

6. DISCOVERY COMPLETION       _____

7. DISPOSITIVE MOTIONS       _____

                                        _____ Responses

                                                  _____ Replies

4

8. PRETRIAL DISCLOSURES, FED R. CIV PRO 26(a) 3

        a. Objections     _____

9. JURY INSTRUCTIONS, VOIR DIRE and VERDICT FORMS   _____

        a. Objections     _____

10. MOTIONS IN LIMINE   _____

        a. Objections     _____

11. BIOGRAPHICAL SKETCHES   _____

12. JOINT FINAL PRETRIAL CONFERENCE ORDER   _____

13. FINAL PRETRIAL CONFERENCE   _____

14. Trial   _____

    (If non-jury trial, Proposed Findings of Fact
    and Conclusions of Law are to be filed with Court
    and opposing counsel _____)