WVND (January 2014)
Notice of Attorney Appearance and Counsel Contact Form

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

State of Ohio, et al.,

*Plaintiff*

V.      Case No. 1:23-CV-100 (Bailey)

National Collegiate Athletic Association

*Defendant*

## NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT FORM

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 1/18/2024

/s/ Maximillian F. Nogay

*Attorney's signature*

Maximillian F. Nogay (W. Va. Bar #13445)

*Printed name and bar number*

United States Attorney's Office
P.O. Box 591
1125 Chapline Street, Suite 3000
Wheeling, WV 26003

*Address*

Max.Nogay@usdoj.gov

*E-mail address*

(304) 234-0100

*Telephone number*

(304) 234-0110

*FAX number*