# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

State of Ohio, et al.

**Plaintiff(s),**

v.

National Collegiate Athletic Association

Select Civ or Crim    NO: 1:23-cv-00100-JPB

**Defendant(s).**

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Jonathan M. Harrison II, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 2-5-2024.

_____
United States District Judge