IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

| | |
|---|---|
| **STATE OF OHIO, et al.,** | : |
| **Plaintiffs,** | : CASE NO: 1:23-cv-00100 |
| v. | : Judge John Preston Bailey |
| **NATIONAL COLLEGIATE ATHLETIC ASSOCIATION** | : |
| **Defendant.** | : |

## ▉▉▉▉▉ AMENDED CASE SCHEDULING ORDER

For good cause shown, the parties' Joint Motion to Extend Certain Case Deadlines is **GRANTED** and the case schedule is hereby amended as follows:

Joinder and Amendments: March 15, 2024

Answer: March 20, 2024, or within 14 days of service of a Second Amended Complaint, whichever is later

All other deadlines from the Court's January 30, 2024 Scheduling Order (ECF 116) remain in effect.

**IT IS SO ORDERED.**

DATED: 2-15-2024.

_____
UNITED STATES DISTRICT COURT JUDGE
JOHN PRESTON BAILEY