IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

|  |  |  |
|---|---|---|
| **STATE OF OHIO, et al.,** | : | |
| **Plaintiffs,** | : | CASE NO: 1:23-cv-00100 |
| v. | : | Judge John Preston Bailey |
| **NATIONAL COLLEGIATE ATHLETIC ASSOCIATION** | : | |
| **Defendant.** | : | |

## JOINT MOTION TO FURTHER EXTEND CERTAIN CASE DEADLINES

Plaintiffs State of Ohio, Commonwealth of Virginia, District of Columbia, the States of Colorado, Illinois, Minnesota, Mississippi, New York, North Carolina, Tennessee, and West Virginia, and the United States of America (collectively "Plaintiffs") and Defendant National Collegiate Athletic Association ("Defendant"), through counsel, respectfully move this Court for an Order amending certain deadlines set forth in the Court's January 30, 2024 Scheduling Order (ECF No. 116), as amended by the Court's Amended Case Scheduling Orders (ECF Nos. 130 and 132).

The parties efforts to resolve this matter are reaching culmination, and another extension of two impending scheduling deadlines is needed to afford the parties time to complete their negotiations. Specifically, the parties jointly request a brief extension of Defendant's Answer deadline and Plaintiffs' Joinder and Amendments deadline.

Pursuant to the Court's Amended Case Scheduling Order (ECF No. 132), the deadlines are as follows:

        Joinder and Amendments:   March 29, 2024

        Answer:                         April 3, 2024

The parties jointly request that these deadlines be extended as follows:

> Joinder and Amendments: April 19, 2024
>
> Answer: April 24, 2024, or within 14 days of service of a Second Amended Complaint, whichever is later

The parties are not seeking modification of any other deadlines set forth in the Court's January 30, 2024 Scheduling Order (ECF No. 116), which would remain unchanged.

A proposed entry setting forth the agreed dates for the amended case schedule is attached for the Court's consideration.

Dated: March 29, 2024                                                                  Respectfully submitted,

**On behalf of Plaintiff States:**                                           **On behalf of NCAA:**

*/s/ Douglas L. Davis*                                                                  */s/ Benjamin L. Bailey*
Douglas L. Davis, Sr. Assistant Attorney General       Benjamin L. Bailey (WVSB No. 200)
Office of the West Virginia Attorney General              BAILEY & GLASSER, LLP
P.O. Box 1789                                                                               209 Capitol Street
Charleston, WV 25326                                                             Charleston, West Virginia 25301
Ph. (304) 558-8986                                                                    (304) 345-6555 (phone)
Fax. (304) 558-0184                                                                   (304) 342-1110 (fax)
Douglas.L.Davis@wvago.gov                                                bbailey@baileyglasser.com

*Counsel for Plaintiff State of West Virginia and*            *Counsel for Defendant*
*Local Counsel for Plaintiffs State of Ohio,*                     *National Collegiate Athletic Association*
*Commonwealth of Virginia, District of Columbia,*
*and States of Colorado, Illinois, Minnesota,*                 **On behalf of United States of America:**
*Mississippi, New York, North Carolina, and*
*Tennessee*                                                                                  */s/ Maximillian F. Nogay*
                                                                                                         Maximillian F. Nogay
                                                                                                         Assistant United States Attorney
                                                                                                         United States Attorney's Office
                                                                                                         Northern District of West Virginia
                                                                                                         P.O. Box 591
                                                                                                         1125 Chapline Street, Suite 3000
                                                                                                         Wheeling, WV 26003
                                                                                                         Tel: 304-234-0100
                                                                                                         Fax: 304-234-0110
                                                                                                         Email: max.nogay@usdoj.gov

/s/ *James H. Congdon*
James H. Congdon
Benjamin Rudofsky
Brendan Sepulveda
Trial Attorneys
United States Department of Justice, Antitrust Division
450 Fifth St NW, Suite 7000
Washington, DC 20530
Tel: (202) 538-3985
Fax: (202) 514-6381
Email: james.congdon@usdoj.gov

*Counsel for Plaintiff United States of America*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### CLARKSBURG DIVISION

| | |
|---|---|
| **STATE OF OHIO, et al.,** : | |
| : | |
| **Plaintiffs,** : | CASE NO: 1:23-cv-00100 |
| : | |
| **v.** : | Judge John Preston Bailey |
| : | |
| **NATIONAL COLLEGIATE** : | |
| **ATHLETIC ASSOCIATION** : | |
| : | |
| **Defendant.** : | |

## CERTIFICATE OF SERVICE

I, Benjamin L. Bailey, do hereby certify that on 29th day of March 2024, I filed the foregoing document titled **JOINT MOTION TO FURTHER EXTEND CERTAIN CASE DEADLINES** using the Court's CM/ECF system which will send notification to all counsel of record.

                                                          */s/ Benjamin L. Bailey*
                                                          Benjamin L. Bailey (WVSB No. 200)