**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION**

| | | |
|---|---|---|
| **STATE OF OHIO, et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | CASE NO: 1:23-cv-00100 |
| | : | |
| **v.** | : | Judge John Preston Bailey |
| | : | |
| **NATIONAL COLLEGIATE** | : | |
| **ATHLETIC ASSOCIATION** | : | |
| | : | |
| **Defendant.** | : | |

### ▓▓▓▓▓▓ AMENDED CASE SCHEDULING ORDER

For good cause shown, the Agreed Motion for Further Extension of Time is **GRANTED**

and the case schedule is hereby amended as follows:

Answer:                    June 5, 2024

All other deadlines from the Court's January 30, 2024 Scheduling Order (ECF 116)

remain in effect.

**IT IS SO ORDERED.**

DATED: **4-24-2024**

UNITED STATES DISTRICT COURT JUDGE
JOHN PRESTON BAILEY