**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION**

|  |  |  |
|---|---|---|
| | : | |
| **STATE OF OHIO, et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | CASE NO: 1:23-cv-00100 |
| | : | |
| **v.** | : | Judge John Preston Bailey |
| | : | |
| **NATIONAL COLLEGIATE** | : | |
| **ATHLETIC ASSOCIATION** | : | |
| | : | |
| **Defendant.** | : | |

<u>**JOINT MOTION OF PLAINTIFF STATES AND DEFENDANT NATIONAL
COLLEGIATE ATHLETIC ASSOCIATION FOR ENTRY OF CONSENT JUDGMENT
AND PERMANENT INJUNCTION**</u>

Plaintiff States of Ohio, Colorado, Illinois, Minnesota, Mississippi, New York, North Carolina, Tennessee, and West Virginia, the Commonwealth of Virginia, and the District of Columbia ("Plaintiff States") and Defendant National Collegiate Athletic Association have negotiated and agreed to resolve all issues in this matter in accordance with the terms of the Proposed Consent Judgment and Permanent Injunction attached to this filing as Exhibit A. Plaintiff States and Defendant respectfully request that this Court enter the attached Proposed Consent Judgment and Permanent Injunction in resolution of this litigation between those parties. Co-Plaintiff United States of America has also reached a resolution with Defendant and will be making a separate filing with the Court.

Dated: <u>May 30, 2024</u>

Respectfully submitted,

DAVE YOST
OHIO ATTORNEY GENERAL

Erik Clark
Deputy Attorney General for Major Litigation

Jennifer L. Pratt
Director of Major Litigation

Beth A. Finnerty
Section Chief, Antitrust Section

<u>*s/ William C. Becker*</u>
William C. Becker (*pro hac vice*)
Principal Assistant Attorney General

<u>*s/ Steven Oldham*</u>
Steven Oldham (*pro hac vice*)
Assistant Attorney General, Major Litigation

<u>*s/ Edward J. Olszewski*</u>
Edward J. Olszewski (*pro hac vice*)
Assistant Section Chief, Antitrust Section

<u>*s/ Derek M. Whiddon*</u>
Derek M. Whiddon (*pro hac vice*)
Assistant Attorney General, Antitrust Section

Office of the Ohio Attorney General
30 E. Broad St., 26th Floor
Columbus, OH 43215
Telephone: (614) 466-4328
Email: William.Becker@OhioAGO.gov
         Steven.Oldham@OhioAGO.gov
         Edward.Olszewski@OhioAGO.gov
         Derek.Whiddon@OhioAGO.gov

*Attorneys for Plaintiff State of Ohio*

**FOR PLAINTIFF COMMONWEALTH OF VIRGINIA:**

JASON S. MIYARES
ATTORNEY GENERAL OF VIRGINIA

KEVIN M. GALLAGHER
Principal Deputy Solicitor General

STEVEN G. POPPS
Deputy Attorney General
Civil Division

 _/s/ Tyler T. Henry_
TYLER T. HENRY (*pro hac vice*)
Senior Assistant Attorney General and Manager
Antitrust Unit

 _/s/ Jonathan M. Harrison II_
JONATHAN M. HARRISON II (*pro hac vice*)
Assistant Attorney General
Consumer Protection Section


Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Phone: (804) 496-0485
THenry@oag.state.va.us
JHarrison@oag.state.va.us

*Attorneys for Plaintiff Commonwealth of Virginia*

**FOR PLAINTIFF DISTRICT OF COLUMBIA:**

BRIAN SCHWALB
ATTORNEY GENERAL


*/s/ Adam Gitlin*
ADAM GITLIN, Chief, Antitrust and Nonprofit Enforcement Section
(*pro hac vice*)
MEHREEN IMTIAZ, Assistant Attorney General
(*pro hac vice*)

Office of the Attorney General for the District of Columbia
400 6th Street, N.W, 10th Floor
Washington, D.C. 20001
Phone: 202-442-9864 (Gitlin)
adam.gitlin@dc.gov
mehreen.imtiaz@dc.gov

*Attorneys for Plaintiff District of Columbia*

**FOR PLAINTIFF STATE OF COLORADO**

PHILIP J. WEISER
ATTORNEY GENERAL


*/s/ Bryn Williams*
BRYN WILLIAMS
First Assistant Attorney General (*pro hac vice*)
ELIZABETH W. HEREFORD
Assistant Attorney General (*pro hac vice*)

Colorado Department of Law
Office of the Attorney General
Ralph L. Carr Judicial Center
1300 Broadway, 7th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Email: Bryn.Williams@coag.gov
        Elizabeth.Hereford@coag.gov

*Attorneys for Plaintiff State of Colorado*

**FOR PLAINTIFF STATE OF ILLINOIS:**

KWAME RAOUL, ATTORNEY GENERAL

*/s/ Elizabeth L. Maxeiner*
ELIZABETH L. MAXEINER, Chief, Antitrust Bureau

Elizabeth L. Maxeiner, Chief, Antitrust Bureau (*pro hac vice*)
Brian M. Yost, Assistant Attorney General, Antitrust Bureau (*pro hac vice*)
Daniel R. Betancourt, Assistant Attorney General, Antitrust Bureau (*pro hac vice*)

Office of the Illinois Attorney General
115 S. LaSalle St., Fl. 23
Chicago, IL 60603
Phone: (773) 790-7935
Elizabeth.maxeiner@ilag.gov
Brian.yost@ilag.gov
Daniel.betancourt@ilag.gov

*Attorneys for Plaintiff State of Illinois*

**FOR PLAINTIFF STATE OF MINNESOTA:**

KEITH ELLISON
ATTORNEY GENERAL

 *s/ Elizabeth Odette*
ELIZABETH ODETTE, Assistant Attorney General, Manager, Antitrust Division

James W. Canaday, Deputy Attorney General, Consumer Protection Division (*pro hac vice*)
Elizabeth Odette, Assistant Attorney General, Manager, Antitrust Division (*pro hac vice*)
Jon Woodruff, Assistant Attorney General, Antitrust Division (*pro hac vice*)

Office of the Minnesota Attorney General
445 Minnesota St., Suite #1400
St. Paul, MN 55101
Phone: (651) 728-7208 (Odette)
James.Canaday@ag.state.mn.us
Elizabeth.Odette@ag.state.mn.us
Jon.Woodruff@ag.state.mn.us

*Attorneys for Plaintiff State of Minnesota*

**FOR PLAINTIFF STATE OF MISSISSIPPI:**

LYNN FITCH
ATTORNEY GENERAL

*s/ Caleb Pracht*
Caleb Pracht (*pro hac vice*)
Special Assistant Attorney General, Consumer Protection Division

Mississippi Office of the Attorney General
550 High Street
P.O. Box 220
Jackson, MS 39205
Telephone: 601-359-4223
Caleb.Pracht@ago.ms.gov

*Attorneys for Plaintiff State of Mississippi*

**FOR PLAINTIFF STATE OF NEW YORK:**

LETITIA JAMES
ATTORNEY GENERAL

Christopher D'Angelo
Chief Deputy Attorney General,
Economic Justice Division

*s/ Elinor R. Hoffmann*
Elinor R. Hoffmann (*pro hac vice*)
Chief, Antitrust Bureau

*s/ Amy McFarlane*
Amy McFarlane (*pro hac vice*)
Deputy Chief, Antitrust Bureau

*s/ Bryan Bloom*
Bryan Bloom (*pro hac vice*)
Senior Enforcement Counsel, Antitrust Bureau

New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-8269 (Hoffmann)
Email: Elinor.Hoffmann@ag.ny.gov
        Amy.McFarlane@ag.ny.gov
        Bryan.Bloom@ag.ny.gov

*Attorneys for Plaintiff State of New York*

**FOR PLAINTIFF STATE OF NORTH CAROLINA:**

JOSHUA H. STEIN
ATTORNEY GENERAL OF NORTH CAROLINA

*/s/ Jonathan R. Marx*
JASMINE MCGHEE*
Senior Deputy Attorney General
JONATHAN R. MARX*
Special Deputy Attorney General
KUNAL CHOKSI*
Special Deputy Attorney General


North Carolina Department of Justice
114 W. Edenton St
Raleigh, NC 27603
Telephone:  (919) 716-8611
Email: jmarx@ncdoj.gov

*Attorneys for Plaintiff State of North Carolina*

*\*pro hac vice*

**FOR PLAINTIFF STATE OF TENNESSEE:**

JONATHAN SKRMETTI
ATTORNEY GENERAL AND REPORTER

*/s/ J. David McDowell*
J. DAVID MCDOWELL
Deputy, Consumer Protection Division (*pro hac vice*)
ETHAN BOWERS
Senior Assistant Attorney General (*pro hac vice*)
TYLER T. CORCORAN
Assistant Attorney General (*pro hac vice*)

Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
Phone: (615) 741-8722
Email: David.McDowell@ag.tn.gov

*Attorneys for Plaintiff State of Tennessee*

**FOR PLAINTIFF STATE OF WEST VIRGINIA
AND AS LOCAL COUNSEL FOR PLAINTIFFS
STATE OF OHIO, COMMONWEALTH OF VIRGINIA,
DISTRICT OF COLUMBIA, AND STATES OF COLORADO,
ILLINOIS, MINNESOTA, MISSISSIPPI, NEW YORK,
NORTH CAROLINA, AND TENNESSEE:**

STATE OF WEST VIRGINIA ex rel.
PATRICK MORRISEY, ATTORNEY GENERAL

*/s/ Michael R. Williams*
Michael R. Williams, Principal Deputy Solicitor General
Douglas L. Davis, Sr. Assistant Attorney General
Matthew M. Morrison, Assistant Attorney General

Office of the West Virginia Attorney General
P.O. Box 1789
Charleston, WV 25326
Ph. (304) 558-8986
Fax. (304) 558-0184
Michael.R.Williams@wvago.gov
Douglas.L.Davis@wvago.gov
Matt.M.Morrison@wvago.gov

*Counsel for Plaintiff State of West Virginia and
Local Counsel for Plaintiffs State of Ohio, Commonwealth of Virginia,
District of Columbia, and States of Colorado, Illinois, Minnesota,
Mississippi, New York, North Carolina, and Tennessee*

**FOR DEFENDANT NATIONAL COLLEGIATE ATHLETIC ASSOCIATION:**

*/s/ Benjamin L. Bailey*
Benjamin L. Bailey (WVSB No. 200)
Christopher D. Smith (WVSB No. 13050)
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV 25302
Telephone: (304) 345-6555
Facsimile: (304) 342-1110
bbailey@baileyglasser.com
csmith@baileyglasser.com

Philip D. Bartz (Admitted Pro Hac Vice)
BRYAN CAVE LEIGHTON PAISNER LLP
1155 F Street NW, Suite 700
Washington, DC 20004
(202) 508-6000 (phone)
(202) 508-6200 (fax)
Philip.bartz@bclplaw.com

Stephen M. Scannell (Admitted Pro Hac Vice)
BRYAN CAVE LEIGHTON PAISNER LLP
211 North Broadway Street, Suite 3600
St. Louis, MO 63102
(314) 259-2516 (phone)
(314) 259-2020 (fax)
Stephen.scannell@bclplaw.com

Benjamin J. Hogan (WVSB No. 12997)
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203-5451
(303) 866-7000 (phone)
(303) 866-0200 (fax)
Ben.hogan@bclplaw.com

*Counsel for Defendant National Collegiate Athletic Association*

## CERTIFICATE OF SERVICE

I, Douglas Davis, do hereby certify that on the 30th Day of May 2024, I filed the

foregoing document titled ***JOINT MOTION OF PLAINTIFF STATES AND DEFENDANT***

***NATIONAL COLLEGIATE ATHLETIC ASSOCIATION FOR ENTRY OF CONSENT***

***JUDGMENT AND PERMANENT INJUNCTION*** using the Court's CM/ECF system which

will send notification to all counsel of record.


*s/ Douglas L. Davis*
Douglas L. Davis
Sr. Assistant Attorney General
Office of the West Virginia Attorney
General

*Counsel for Plaintiff State of West Virginia*
*and Local Counsel for Plaintiffs State of*
*Ohio, Commonwealth of Virginia, District of*
*Columbia, and States of Colorado, Illinois,*
*Minnesota, Mississippi, New York, North*
*Carolina, and Tennessee*