IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

STATE OF OHIO,
STATE OF COLORADO,
STATE OF ILLINOIS,
STATE OF MINNESOTA,
STATE OF MISSISSIPPI,
STATE OF NEW YORK,
STATE OF NORTH CAROLINA,
STATE OF TENNESSEE,
COMMONWEALTH OF VIRGINIA,
STATE OF WEST VIRGINIA,
DISTRICT OF COLUMBIA, and
UNITED STATES OF AMERICA,

    Plaintiffs,

    v.

NATIONAL COLLEGIATE
ATHLETIC ASSOCIATION,

    Defendant.

Civil No. 1:23-cv-100

Judge John Preston Bailey

### STIPULATION AND ORDER

It is hereby stipulated by and between the undersigned parties, subject to approval and entry of this Order by the Court, as follows.

**I.  JURISDICTION AND VENUE**

The Court has jurisdiction over the subject matter of this action and over the parties to it. Venue for this action is proper in the United States District Court for the Northern District of West Virginia.

1

## II. COMPLIANCE WITH AND ENTRY OF FINAL JUDGMENT

A. The proposed Final Judgment filed with this Stipulation and Order, or any amended proposed Final Judgment agreed upon in writing by the United States and Defendant National Collegiate Athletic Association, may be filed with and entered by the Court as the Final Judgment, upon the motion of the United States or upon the Court's own motion, after compliance with the requirements of the Antitrust Procedures and Penalties Act ("APPA"), 15 U.S.C. § 16, and without further notice to any party or any other proceeding, as long as the United States has not withdrawn its consent. The United States may withdraw its consent at any time before the entry of the Final Judgment by serving notice on Defendant and by filing that notice with the Court.

B. From the date of the signing of this Stipulation and Order by Defendant until the Final Judgment is entered by the Court, or until expiration of time for all appeals of any ruling declining entry of the proposed Final Judgment, Defendant will comply with all of the terms and provisions of the proposed Final Judgment.

C. From the date on which the Court enters this Stipulation and Order, the United States will have the full rights and enforcement powers set forth in the proposed Final Judgment as if the proposed Final Judgment were in full force and effect as a final order of the Court, and Paragraph 30 of the proposed Final Judgment will also apply to violations of this Stipulation and Order.

D. Defendant represents that the relief required by and the actions it is required to perform pursuant to the proposed Final Judgment can and will be made and performed and that Defendant will not later raise a claim of mistake, hardship, or difficulty of compliance as

grounds for asking the Court to modify any provision of the proposed Final Judgment or this Stipulation and Order.

   E. Defendant agrees to arrange, at its expense, publication of the newspaper notices required by the APPA, which will be drafted by the United States in its sole discretion. The publications must be arranged as quickly as possible and, in any event, no later than three business days after Defendant's receipt of (1) the text of the notice from the United States and (2) the identity of the newspapers within which the publication must be made. Defendant must promptly send to the United States (1) confirmation that publications of the newspaper notices have been arranged and (2) the certification of the publications prepared by the newspapers within which the notices were published.

   F. Any person who wishes to submit to the United States written comments regarding the proposed Final Judgment should do so within 60 calendar days beginning with the first day of the publication of the newspaper notice required by APPA or the publication of the proposed Final Judgment and the Competitive Impact Statement in the *Federal Register* as required by APPA, whichever is later.

   G. This Stipulation and Order applies with equal force and effect to any amended proposed Final Judgment agreed upon in writing by the United States and Defendant and filed with the Court.

   H. This Stipulation and Order, including the proposed Final Judgment filed with this Stipulation and Order or any amended proposed Final Judgment agreed upon in writing by the United States and Defendant, constitutes the final, complete, and exclusive agreement and understanding between the United States and Defendant with respect to the settlement of the

claims expressly stated in the Complaint filed in this above-captioned case, and supersedes all prior agreements and understandings, whether oral or written, concerning the settlement embodied herein.

### III. DURATION OF OBLIGATIONS

In the event that (1) the United States has withdrawn its consent, as provided in Paragraph II.A of this Stipulation and Order; (2) the United States voluntarily dismisses the Complaint in this matter; or (3) the Court declines to enter the proposed Final Judgment, the time has expired for all appeals of any ruling declining entry of the proposed Final Judgment, and the Court has not otherwise ordered continued compliance with the terms and provisions of the proposed Final Judgment, Defendant is released from all further obligations under this Stipulation and Order, and the making of this Stipulation and Order will be without prejudice to any party in this or any other proceeding.

Dated: May 30, 2024

Respectfully submitted,

| FOR PLAINTIFF<br>UNITED STATES OF AMERICA: | FOR DEFENDANT NATIONAL<br>COLLEGIATE ATHLETICS ASS'N: |
|---|---|
| /s/ Maximillian F. Nogay<br>MAXIMILLIAN F. NOGAY<br>*Assistant United States Attorney* | /s/ Benjamin L. Bailey<br>BENJAMIN L. BAILEY (WVSB No. 200) |
| United States Attorney's Office<br>Northern District of West Virginia<br>P.O. Box 591<br>1125 Chapline Street, Suite 3000<br>Wheeling, WV 26003<br>Tel: 304-234-0100<br>Fax: 304-234-0110<br>Email: Max.Nogay@usdoj.gov | BAILEY & GLASSER, LLP<br>209 Capitol Street<br>Charleston, WV 25301<br>Tel: 304-345-6555<br>Fax: 304-342-1110<br>Email: bbailey@baileyglasser.com |

/s/ James H. Congdon
JAMES H. CONGDON*
  *Trial Attorney*

United States Department of Justice
Antitrust Division
Media, Entertainment, and Communications Section
450 Fifth Street NW, Suite 7000
Washington, DC 20530
Tel: 202-598-2311
Fax: 202-514-6381
Email: James.Congdon@usdoj.gov

*pro hac vice

**ORDER**

IT IS SO ORDERED by the Court, this 31st day of May, 2024.

*[signature]*

United States District Judge