IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Clarksburg

**STATE OF OHIO, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF TENNESSEE, STATE OF WEST VIRGINIA, UNITED STATES OF AMERICA, COMMONWEALTH OF VIRGINIA, DISTRICT OF COLUMBIA, STATE OF MINNESOTA, STATE OF MISSISSIPPI,**

          Plaintiffs,

v.

**CIVIL ACTION NO. 1:23-CV-100**
Judge Bailey

**NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,**

          Defendant.

### ORDER

On May 31, 2024, this Court entered a Final Judgment and Permanent Injunction [Doc. 142]. Upon consideration of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)–(h) (the "APPA" or "Tunney Act"), this Court is of the opinion that the Final Judgment and Permanent Injunction **[Doc. 142]** should be, and therefore is, **VACATED**. The parties are instructed to advise this Court via a status report when the procedures articulated in the Tunney Act have been satisfied.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

DATED: June **3**, 2024.

                                                 **JOHN PRESTON BAILEY**
                                               **UNITED STATES DISTRICT JUDGE**